## Commonwealth *v.* O'Bannon, Appellant.

Argued September 15, 1969. *Francis J. Morrissey, Jr.,* and *Dolan & Morrissey,* for appellant; *James D. Crawford,* Assistant District Attorney, with him *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.